UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>**EMMANUEL COOPER,**<br><br>             Defendant. | )<br>)<br>)<br>)<br>)   CASE NO. 08-133-M<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **29TH** day of **JULY, 2008,**

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                                    /s/ Leonard P. Stark
                                                              **Honorable Leonard P. Stark**
                                                              **U.S. Magistrate Judge**

cc: Federal Public Defender
       First Federal Plaza, Suite# 110
       704 King Street
       Wilmington, DE  19801
       (302) 573-6010

       Defendant
       United States Attorney